**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                **CASE NO. 1:07CR126**

**DANNY J. VAN VELKINBURGH**                                    **DEFENDANT**

## ORDER

This cause comes before the court on the motion [24] in limine of the defendant to exclude chat log references to the defendant's previous girlfriend. The court finds that the probative value of this evidence substantially outweighs its prejudicial value; therefore, the motion is DENIED.

This the 28th day of January, 2008.

                                                  **/s/ MICHAEL P. MILLS**
                                                  **CHIEF JUDGE**
                                                  **UNITED STATES DISTRICT COURT**
                                                  **NORTHERN DISTRICT OF MISSISSIPPI**